IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SIMAILE LUTU and FRISCO LEAEA,

    Plaintiffs,

v.

DUANE CHAPMAN, ET AL.,

    Defendants.

No. C 06-04947 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on December 1, 2006 on City of Burlingame's motion to dismiss. The Court HEREBY ORDERS that any opposition to the motion shall be filed by no later than October 6, 2006 and a reply brief, if any, shall be filed by no later than October 13, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 13, 2006

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE