RECEIVED
06 SEP 18 PM 2:56
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

SEP 22 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMAILE LUTU and FRISCO LEAEA, | Case No. C 06-04947 JSW |
| Plaintiffs, | |
| vs. | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE* |
| DUANE "DOG THE BOUNTY HUNTER" CHAPMAN, et al., | |
| Defendants. | |

Nathan E. Siegel, an active member in good standing of the bar of Maryland, and Jeanette Melendez Bead, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number are Levine Sullivan Koch & Schulz, L.L.P., 1050 Seventeenth Street, N.W., Suite 800, Washington, D.C. 20036-5514, (202) 508-1100, having applied in the above-entitled action for admission to practice in the Northern District on a *pro hac vice* basis, representing Defendants A & E Television Networks, and Hybrid Films, Inc. in the above-referenced action,

IT IS HEREBY ORDERED THAT the application for admission *pro hoc vice* is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorneys must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 22, 2006

_____
Honorable Jeffrey S. White
United States District Court Judge

1

*Lutu, et al. v. Chapman, et al.*
Case No. C 06-4947 JSW

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SIMAILE LUTU et al.,

        Plaintiff,

v.

DUANE "DOG DOG THE BOUNTY HUNTER" CHAPMAN, et al.,

        Defendants.

        /

Case Number: CV06-04947 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 22, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nathan E. Siegel
Jeanette Melendez Bead
Levine Sullivan Koch & Schultz, L.L.P.,
1050 Seventeenth Street, N.W., Suite 800
Washington, D.C. 20036-5514

Dated: September 22, 2006

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk