# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SIMAILE LUTU and FRISCO LEAEA,

        Plaintiff(s),

        v.

DUANE "DOG THE BOUNTY HUNTER"
CHAPMAN, et al.,

        Defendant(s).

/

CASE NO. C06-4947 JSW

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
✓      Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: December 22, 2006__

                      /s/_____
        Bryan W. Vereschagin, Esq.
        Attorney for Plaintiffs

Dated: December 22, 2006__

                      /s/_____
        Nathan E. Siegel, Esq.
        Attorney for Defendants A&E TELEVISION
        NETWORKS and HYBRID FILMS

*See attached for more signatures

Dated: December 22, 2006            _____/s/_____
                                    James Quadra, Esq.
                                    Attorney for Defendants A&E TELEVISION
                                    NETWORKS and HYBRID FILMS

Dated: December 22, 2006            _____/s/_____
                                    Jeffrey M. Vucinich, Esq.
                                    Attorney for Defendants CITY OF BURLINGAME
                                    and JACK VAN ETTON

Dated: December 22, 2006            _____/s/_____
                                    Kimberly E. Colwell, Esq.
                                    Attorneys for Defendants CITY OF DALY CITY,
                                    CHIEF GARY McLANE, RICH MONTEMAYOR,
                                    CITY OF SOUTH SAN FRANCISCO and CHIEF
                                    MARK RAFFAELLI

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
Private ADR

Deadline for ADR session
90 days from the date of this order.
other

IT IS SO ORDERED.

Dated: _____ January 2, 2007 _____

_____

UNITED STATES ~~MAGISTRATE~~ JUDGE

DISTRICT