IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SIMAILE LUTU and FRISCO LEAEA,

    Plaintiffs,

v.

DUANE CHAPMAN, et al.,

    Defendants.

No. C 06-04947 JSW

**ORDER REFERRING ALL DISCOVERY TO MAGISTRATE JUDGE**

    Pursuant to Civil Local Rule 72-1, this matter is referred to a randomly assigned magistrate judge for resolution of all discovery matters.

    The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

    **IT IS SO ORDERED.**

Dated: February 23, 2007

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE

cc: Wings Hom