1  JAMES A. QUADRA (State Bar No. 131084)
   ROBERT D. SANFORD (State Bar No. 129790)
2  MOSCONE, EMBLIDGE & QUADRA, LLP
3  220 Montgomery Street, Suite 2100
   San Francisco, CA 94104
4  Telephone: (415) 362-3599
   Facsimile: (415) 362-2006
5
6  Counsel for A & E Television Networks, Hybrid Films, Inc.,
   Duane Chapman, Leland Chapman, Beth Chapman and Da Kine Bail Bonds, Inc.
7
   NATHAN E SIEGEL (Admitted to Maryland Bar) (admitted *pro hac vice*)
8  JEANETTE MELENDEZ BEAD (D.C. Bar No. 480539) (admitted *pro hac vice*)
   LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
9  1050 Seventeenth Street, N.W., Suite 800
   Washington, D.C. 20036
10 Telephone: (202) 508-1100
   Facsimile: (202) 861-9888
11
12 Counsel for A & E Television Networks and Hybrid Films, Inc.,

13
                        UNITED STATES DISTRICT COURT
14
                       NORTHERN DISTRICT OF CALIFORNIA
15

16 SIMAILE LUTU and FRISCO LEAEA,           Case No. C 06-04947 JSW (BZ)
17        Plaintiffs,
18    vs.                                   **STIPULATION AND [PROPOSED] ORDER
                                            TRANSFERRING CASE FROM EARLY
19 DUANE "DOG THE BOUNTY HUNTER"            NEUTRAL EVALUATION PROGRAM TO
   CHAPMAN, et al.,                         COURT-ORDERED MEDIATION**
20
21        Defendants.
22

23             **STIPULATION AND [PROPOSED] ORDER**

24        WHEREAS, the parties in this action have met and conferred and agree that it is in their

25 mutual interest to transfer this action from the Court's Early Neutral Evaluation Program to court-

26 ordered private mediation;

27        IT IS THEREFORE STIPULATED THAT:

28

                                                1

LUTU V. CHAPMAN, NO. C 06-04947 JSW (BZ)
FIRST SET OF INTERROGATORIES TO PLAINTIFF LUTU

1  The parties to this action ~~shall~~ have participate~~d~~ in private mediation in lieu of the Court's Early
2  Neutral Evaluation Program. at which the action fully settled. The parties are directed to file a stipulation
3  and proposed order of dismissal by no later than April 20, 2007.

4  Dated: March 24, 2007                    GONZALEZ & LEIGH LLP

6                                           By:    /s/
                                               James T. Hammer
7                                              Matt Gonzalez
                                               G. Whitney Leigh
8                                              Bryan W. Vereschagin

9                                           Counsel for Plaintiffs
                                            Simaile Lutu and Frisco Leaea
10

11 Dated: March 26, 2007                    MOSCONE, EMBLIDGE & QUADRA, LLP

13                                          By:    /s/
14                                             James Quadra, Esq.

15                                          Counsel for Defendants
                                            A & E Television Networks, Hybrid Films, Inc.,
16                                          Duane Chapman, Leland Chapman, Beth
                                            Chapman and Da Kine Bail Bonds, Inc.

18 Dated: March 26, 2007                    LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

20                                          By:    /s/
                                               Lee Levine
21                                             Nathan E. Siegel
                                               Jeanette Melendez Bead
22
                                            Counsel for Defendants
23                                          A & E Television Networks and
                                            Hybrid Films, Inc.

28 [Signatures continued on following page.]

2

Dated: March 26, 2007                MEYERS, NAVE, RIBACK, WILVER & WILSON


By ___/s/_____
   Kimberly E. Colwell
   Jennifer C. Addams

Attorneys for City of Daly City, Chief of Police Gary McLane, Detective Rich Montemayor


Dated: March 26, 2007                MEYERS, NAVE, RIBACK, WILVER & WILSON


By ___/s/_____
   Kimberly E. Colwell
   Jennifer C. Addams

Attorneys for City of South San Francisco and Chief of Police Mark Raffaelli


Dated: March 26, 2007                CLAPP, MORONEY, BELLAGAMBA and VUCINICH


By ___/s/_____
   Jeffrey M. Vucinich
   Joshua W. Rose

Attorneys for City of Burlingame and Chief of Police Jack Van Etton


IT IS SO ORDERED.


Dated: __April 3, 2007_____     _____
                                                   JEFFREY S. WHITE,
                                                   UNITED STATES DISTRICT COURT JUDGE